**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| VS. | **NO. 5: 05-MJ-09-18 (CWH)** |
| | VIOLATION: 18 U.S.C. §641 |
| **MAXWELL KING JOHNSON,** | |
| Defendant | |

# O R D E R

Defendant MAXWELL KING JOHNSON, having heretofore entered a plea of NOT GUILTY to the offense of THEFT OF GOVERNMENT PROPERTY, alleged to have been committed at Robins Air Force Base, Georgia, on or about July 16, 2004, a violation of 18 U.S.C. §641, and the undersigned having this day GRANTED his motion for a judgment of acquittal at the conclusion of the presentation of the government's case,

IT IS HEREBY ORDERED that defendant MAXWELL KING JOHNSON be, and he is, ACQUITTED and DISCHARGED as to said charge. Let judgment enter accordingly.

SO ORDERED AND DIRECTED, this 11th day of JANUARY, 2006.



**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**